No. 73–316. NATIONAL ASSOCIATION OF WOMEN'S & CHILDREN'S APPAREL SALESMEN, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 73–319. CLARK ET AL. *v.* UNITED BANK OF DENVER NATIONAL ASSN. ET AL. C. A. 10th Cir. Certiorari denied.

No. 73–322. BAUM ET AL. *v.* LEFRAK FOREST HILLS CORP. ET AL. Ct. App. N. Y. Certiorari denied.

No. 73–323. HEGYES *v.* SOUTH RIVER RESCUE SQUAD. C. A. 6th Cir. Certiorari denied.

No. 73–329. MARRA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–330. RUIZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–331. SALIK ET AL. *v.* UNITED CALIFORNIA BANK. C. A. 9th Cir. Certiorari denied.

No. 73–333. INDIANA REAL ESTATE COMMISSION ET AL. *v.* SATOSKAR. C. A. 7th Cir. Certiorari denied.

No. 73–338. CARR *v.* VANN, COUNTY COMMISSIONER OF THOMAS COUNTY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–349. WINEGLASS RANCHES, INC., ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORP. C. A. 9th Cir. Certiorari denied.

No. 73–5009. MEAD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.